**LOTTOTRON, INC., Plaintiff– Appellant,**

v.

**ALLGAMES CASINOS, LTD., CB Corporation, Sun Casinos N.V., Sonsorol Ltd., 3A International N.V., Bonne Chance N.V., I–Services N.V., Yellow Stone Entertainment N.V., and Pullman Gaming N.V., Defendants,**

and

**Interactive Systems Inc., N.V., Defendant–Appellee.**

No. 2011–1406.

United States Court of Appeals, Federal Circuit.

July 15, 2011.

## ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for